UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES KELLY HAYNES, SR.
ADC #83056                                                                                         PLAINTIFF

V.                            5:16CV00240 KGB/JTR

DAVID TAYLOR,
Bus Factory Supervisor, ADC                                                            DEFENDANT

## RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge Kristine G. Baker. Any party may file written objections to this Recommendation. Objections must be specific and include the factual or legal basis for disagreeing with the Recommendation. An objection to a factual finding must specifically identify the finding of fact believed to be wrong and describe the evidence that supports that belief.

An original and one copy of the objections must be received by the Clerk of this Court within fourteen (14) days of this Recommendation. If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may also waive any right to appeal questions of fact.

## I. Discussion

Plaintiff James Kelly Haynes, Sr. ("Haynes") has filed this *pro se* § 1983 action alleging that, while he was in the Tucker Unit, Defendant Bus Factory Supervisor David Taylor ("Taylor"): (1) racially discriminated against him; (2) retaliated against him for filing grievances; and (3) prevented him from freely exercising his religious beliefs. *Docs. 2 & 6.*

On May 11, 2017, the Court issued a Recommended Partial Disposition *(Doc. 29)* suggesting that Taylor's Motion for Partial Summary Judgment *(Doc. 20)* be granted and that Haynes's retaliation and free exercise of religion claims be dismissed, without prejudice, because he failed to properly exhaust his administrative remedies as to those two claims.

Thereafter, Taylor filed a Motion for Judgment on the Pleadings arguing that Haynes's remaining racial discrimination claim be dismissed, without prejudice, because: (1) Haynes failed to sufficiently plead a racial discrimination claim; and (2) Haynes's request for injunctive relief, which is the only form of relief he requested in his Complaint and Amended Complaint, has been rendered moot by his recent transfer to the Ouachita River Unit. *Docs. 26 & 27.* The Court ordered Haynes to file a Response to the Motion for Judgment on the Pleadings on or before July 10, 2017, and warned him that the case would be dismissed, without prejudice,

if he failed to timely and properly do so.  *Docs. 28 & 31.*

As of the date of this Recommendation, Haynes has not filed a Response to the Motion for Judgment on the Pleadings.  The time to do so has expired.  Based on Haynes's failure to respond to the Motion for Judgment on the Pleadings (after being warned by the Court that failing to do so would result in dismissal of his claim) the Court recommends that the Haynes's claim against Taylor be dismissed, without prejudice.

## II.  Conclusion

IT IS THEREFORE RECOMMENDED that:

1.  Haynes's racial discrimination claim be DISMISSED, WITHOUT PREJUDICE, pursuant to Local Rule 5.5(c)(2).

2.  Taylor's Motion for Judgment on the Pleadings *(Doc. 26)* be DENIED, AS MOOT.

3.  The Court CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommended Disposition would not be taken in good faith.

Dated this 20th day of July, 2017.

_____
UNITED STATES MAGISTRATE JUDGE