IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES KELLEY HAYNES, SR.
ADC #083056                                                                                    PLAINTIFF

v.                              Case No. 5:16-cv-00240 KGB/JTR

DAVID TAYLOR,
Bus Factory Supervisor, ADC                                                                   DEFENDANT

## ORDER

Before the Court are a Recommended Partial Disposition and Recommended Disposition filed by United States Magistrate Judge J. Thomas Ray (Dkt. Nos. 29, 33). No objections have been filed, and the time for filing objections has passed. After careful review of the Partial Recommended Disposition and the Recommended Disposition, the Court adopts both in their entirety as this Court's findings in all respects.

Therefore, defendant David Taylor's motion for partial summary judgment is granted (Dkt. No. 20), and plaintiff James Kelley Haynes's retaliation and free exercise of religion claims are dismissed without prejudice due to lack of exhaustion. Mr. Haynes's racial discrimination claim against Mr. Taylor is dismissed without prejudice due to a lack of prosecution. Mr. Taylor's motion for judgment on the pleadings is denied as moot (Dkt. No. 26). The Court certifies that an *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So ordered this 25th day of August, 2017.

_____
Kristine G. Baker
United States District Judge